```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )    CR-05-2059-EFS
            Plaintiff,         )
                               )
     vs.                       )    ORDER GRANTING MOTION
                               )    TO MODIFY CONDITIONS
JAMES N. CANNEL,               )    OF RELEASE
                               )
            Defendant.         )
                               )
```

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release (Ct. Rec. 42). For the reasons set forth in Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Release (Ct. Rec. 42) is **GRANTED**. The Defendant is permitted contact with family members and supervised contact with children of family members. All other conditions of release previously imposed remain as ordered. The district court executive is directed to enter this order and provide copies to counsel.

DATED this 28th day of September, 2005.

                              s/Michael W. Leavitt
                              Michael W. Leavitt
                              UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
TO MODIFY CONDITIONS OF
RELEASE                         1